NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent, v. CITY OF PLATTSBURGH et al., Appellants.

Submitted November 16, 1953; decided December 3, 1953.

*Allen M. Light* for motion.
*Edmund B. Naylon* and *George Foster, Jr.,* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the grounds that the order does not finally determine the action within the meaning of the Constitution and does not come within the provisions of subdivision 2 of section 589 of the Civil Practice Act.